DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL JACKSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1526

[August 30, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 04-013445CF10A.

Daniel Jackson, Blountstown, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***